76666.0184

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EULALIO MALDONADO AND<br>ELISA MALDONADO | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 5:16-CV-01158-OLG |
| TRAVELERS LLOYDS OF TEXAS<br>INSURANCE COMPANY | § § § | |
| Defendant | § § | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel

that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P.

41(a)(1)(A)(ii). Each party to bear their own costs and fees.

Dated this __12__ day of __April__, 2017.


ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile:  (210) 344-7228
bscheihing@adamilaw.com


ARGUELLO LAW FIRM
1110 NASA Parkway, Suite 620
Houston, Texas 77058
Telephone: (281) 884-3960
Facsimile:  (281) 884-3961
andres@simplyjustice.com
philip@simplyjustice.com


By: _____
ROBERT F. SCHEIHING
State Bar No. 17736350


By: _____
ANDRES ARGUELLO
State Bar No: 24088970
PHILIP BRODERICK
State Bar No. 24094561


ATTORNEY FOR DEFENDANT


ATTORNEYS FOR PLAINTIFF